# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO RIOS, an individual, | Case No: 2:22-cv-05480-SPG-DFM |
| Plaintiff, | District Judge: Sherilyn Peace Garnett<br>Magistrate Judge: Douglas F. McCormick |
| vs. | **ORDER OF DISMISSAL** |
| FORD MOTOR COMPANY, a Delaware Corporation, | |
| Defendants. | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: May 26, 2023          By: _____
                                HON. SHERILYN PEACE GARNETT
                                UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER OF DISMISSAL